IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICK SMITH
The Complaint list the filer's name, as
King Nicodemus
also known as
King Nicodemus of the Government of
New Zion,

   Plaintiff,

    v.

UNITED STATES ATTORNEY
GENERAL,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-5086-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action because the Defendant is seeking to have his conviction overturned in a Section 1983 proceeding. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion for Extension of Time [Doc. 12] is DENIED as moot. The Motion to Restyle and Conform Case [Doc. 13] is DENIED for failure to exhaust state remedies.

T:\ORDERS\17\Smith\17cv5086\r&r.wpd

SO ORDERED, this 6 day of July, 2018.


                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge